UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGIY VLADIMIROVICH STOYANOV,

                Petitioner,

  -against-

CITIZENSHIP AND IMMIGRATION SERVICES
DISTRICT DIRECTOR,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5133 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 14, 2005, dismissing petitioner's motion for a stay of petitioner's final order of deportation for lack of jurisdiction; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that petitioner's motion for a stay of petitioner's final order of deportation is dismissed for lack of jurisdiction.

Dated: Brooklyn, New York
       November 16, 2005

                                    ROBERT C. HEINEMANN
                                    Clerk of Court